witness who testified positively to contact between the timber and the tie rods, causing one of the latter to fall, if he gave other testimony on a previous trial, to which his attention was at this time called, and he denied recollection that he so testified, counsel should have been permitted to introduce such testimony in evidence. Weeks v. Fox, 3 Thomp. & C. 354; Palmeri v. Manhattan El. R. Co., 39 N. Y. St. Rep. 23, 14 N. Y. Supp. 468; Kelly v. Cohoes Knitting Co., 8 App. Div. 156, 40 N. Y. Supp. 477. This the court refused to permit him to do. See folios 221, 281, 282. See, also, 152 App. Div. 738, 137 N. Y. Supp. 829.

MOWBRAY, Appellant, v. DE FOREST, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by William E. Mowbray against Harriet De Forest, as ancillary executrix, etc., impleaded with others. R. C. Peck, of New York City, for appellant. H. R. Limburg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1132.

In re MUMFORD. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) In the matter of the application of John F. Mumford for the removal of John Fields as Supervisor of the Town of Fairfield, Herkimer County, N. Y. No opinion. It appearing from the report of the referee that the respondent had resigned before the first hearing, the proceeding is dismissed. See, also, 158 App. Div. 911, 143 N. Y. Supp. 1132.

MUNN v. CORNELL STEAMBOAT CO. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Appeal from Trial Term, New York County. Action by Daniel Munn against the Cornell Steamboat Company. From a judgment on a verdict for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and complaint dismissed. Amos Van Etten, of Kingston, for appellant. Warren Bigelow, of New York City, for respondent.

PER CURIAM. The evidence fails to sustain a finding that the defendants were guilty of negligence, or that the plaintiff was free from contributory negligence. The judgment and order should therefore be reversed, and the complaint dismissed, with costs.

LAUGHLIN, J., concurs in reversal, but dissents from the dismissal of the complaint.

NASS, Respondent, v. MANHATTAN SHODDY MILLS CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Joseph Nass against the Manhatten Shoddy Mills Company, impleaded with Harry Brenner. No opinion. Judgment and order unanimously affirmed, with costs.

NATIONAL CASH REGISTER CO., Appellant, v. McCANN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by the National Cash Register Company against Henry F. McCann. No opinion. Judgment (80 Misc. Rep. 165, 140 N. Y. Supp. 916) affirmed, with costs.

NELSON CO., Respondent, v. SILVER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by the Nelson Company against Isaac Silver and others. No opinion. Motion for reargument (of 145 N. Y. Supp. 124) denied, with $10 costs.

NEWBOLD, Respondent, v. FISH, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by James K. Newbold against George F. Fish. W. C. Noyes, of New York City, for appellant. M. Feltenstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NEW YORK CENT. & H. R. R. Co., Respondent, v. MULDERRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by the New York Central & Hudson River Railroad Company against Patrick W. Mulderry and another. No opinion. Judgment affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Respondent, v. R. B. SHIMER & CO., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by the New York Central & Hudson River Railroad Company against R. B. Shimer & Co. A. Benedict, of New York City, for appellants. W. Mann, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NICHOLS. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of Henry J. Nichols, an attorney. No opinion. Referred to official referee. Settle order on notice. See, also, 158 App. Div. 883, 142 N. Y. Supp. 1132.

NOLAN, Appellant, v. A. B. SMITH & CO., Inc., Respondent. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Thomas P. Nolan against A. B. Smith & Co., Incorporated. No opinion. Order affirmed, with $10 costs and disbursements.

In re O'CONNOR. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) In the matter of the application of Anna O'Connor for revocation of letters of administration granted to John Connor on the estate of John O'Connor, deceased. No opinion. Motion for reargument (of 144 N. Y. Supp. 1133) granted, and case set down for Monday,